824

No. 88–2100.   DuFon *v.* California.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 88–2101.   Wessendorf *v.* Supreme Court of Virginia et al.   Sup. Ct. Va.   Certiorari denied.

No. 88–2103.   John *v.* Connecticut; and
No. 89–5025.   Seebeck *v.* Connecticut.   Sup. Ct. Conn. Certiorari denied.   Reported below: 210 Conn. 652, 557 A. 2d 93.

No. 88–2104.   Medics Pharmaceutical Corp. *v.* Newman. Ct. App. Ga.   Certiorari denied.

No. 88–2105.   Durkin et al. *v.* Commissioner of Internal Revenue.   C. A. 7th Cir.   Certiorari denied.

No. 88–2106.   Rosenberg *v.* Comerica Bank.   C. A. 6th Cir. Certiorari denied.

No. 88–2108.   Simay et ux. *v.* United States.   C. A. 9th Cir.   Certiorari denied.

No. 88–2110.   City of Macon, Georgia *v.* Pasco Building Systems et al.   Ct. App. Ga.   Certiorari denied.

No. 88–2111.   Stich *v.* Jensen, Judge, Superior Court of Solano County, California, et al.   C. A. 9th Cir.   Certiorari denied.

No. 88–2113.   Johnson *v.* Williams-El.   C. A. 8th Cir. Certiorari denied.

No. 88–2114.   Burke *v.* City of Boston et al.   App. Ct. Mass.   Certiorari denied.

No. 88–2115.   Levitin *v.* Pomirchy et al.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 88–2116.   Johnson *v.* Johnson et al.   Ct. App. Mich. Certiorari denied.

No. 88–2118.   Solomon et al. *v.* United States.   C. A. 3d Cir.   Certiorari denied.